BEFORE THE FIRST DIVISION, AUGUST 24, 1942

**No. 47462.**—Protest 16859–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the "Alba-tex POC pat." was held dutiable at $4\frac{1}{100}$ of 3 cents per pound on the entire weight and merchandise invoiced as Silvatol I at $2\frac{9}{100}$ of 3 cents per pound on the entire weight under section 701, as claimed.